UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JETTEO, LLC ) | |
| ) | Case No. 24-cv-8606 |
| Plaintiff, ) | |
| ) | Judge Georgia N Alexakis |
| v. ) | |
| ) | |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A, ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Jetteo, LLC ("Jetteo" or "Plaintiff") against the fully interactive, e-commerce stores operating under the seller aliases identified on Schedule A [2] to the Complaint [1] (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the following six Defendants (the "Defaulting Defendants"):

| # | Name | Merchant ID | Product ID | Platform |
|---|---|---|---|---|
| 3 | top-smart95 | 2425371366 | 185779356112 | eBay |
| 4 | netaneavraham | 1844181127 | 365007764602 | eBay |
| 7 | Hidden Gems Haven | 2513324986 | 135121080341 | eBay |
| 8 | auli_97 | 2618784367 | 315450585828 | eBay |
| 9 | STORE-B2C | 2548049137 | 364666663823 | eBay |
| 10 | stuffamdtech | 1647023609 | 235026656869 | eBay |

This Court having entered a preliminary injunction [40];

Jetteo having properly completed service of process on Defaulting Defendants [33] to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

1

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired, the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating ecommerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have offered for sale and/or sold sandwich cutter products that infringe Jetteo's U.S. Patent No. 11,409,647 (the "Infringing Products").

This Court further finds that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment [48] is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:
    a. making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use the Infringing Products;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use the Infringing Products; and

    c. effecting assignment or transfer, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Plaintiff's request, any third party with actual notice of this Order, including, without limitation, any online marketplace platforms, including but not limited to Amazon, eBay, AliExpress, Alibaba, Temu, Walmart, Target, and other websites (collectively, the "Third Party Providers"), shall disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of the Infringing Product;

3. Pursuant to 35 U.S.C. § 284, Jetteo is awarded damages from each of the Defaulting Defendants for infringing the '647 Patent. Specifically, the Court hereby orders all assets in Defaulting Defendants' frozen financial accounts (estimated to total $137.52) be transferred to Plaintiff.

4. Plaintiff may serve this Order on Third Party Providers, including Amazon, eBay, AliExpress, Alibaba, Walmart, Target, Temu, and other websites, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, and Amazon Pay, are hereby released to Jetteo as payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay,

Alibaba, Ant Financial, Walmart, and Amazon Pay, are ordered to release to Jetteo the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

ENTERED: 11/15/24

_____
Georgia N Alexakis
United States District Judge

4